JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK CLAYBORNE,** | CASE NO.: CV 14-2228-GW(JEMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **WEST ASSET MANAGEMENT, INC.,** | Honorable George H. Wu |
| Defendant. | |

Based on the Joint Stipulation of Dismissal with Prejudice filed in this action, the above-captioned action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 2, 2014

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE